IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAVID L. GLASSEL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-553 |
| § | |
| **OCWEN LOAN SERVICING, LLC,** § | |
| § | |
| Defendant. § | |

### DEFENDANT'S FIRST AMENDED CERTIFICATE OF INTERESTED PARTIES/CORPORATE DISCLOSURE STATEMENT

Defendant Ocwen Loan Servicing, LLC hereby files this its First Amended Certificate of Interested Persons/Corporate Disclosure Statement and states as follows:

### I. INTERESTED PARTIES

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Defendant's knowledge:

1. David L. Glassel
   Plaintiff, *Pro se*
   2119 Old Ox Road
   Spring, Texas 77386
   (832) 533-7767

2. Ocwen Loan Servicing, LLC
   Defendant
   c/o Mark D. Cronenwett
   Philip Danaher
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, TX 75254
   (214) 635-2650

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**

14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of February, 2017, a true and correct copy of the foregoing document was served via certified mail and regular U.S. mail on the pro se party listed below:

Dave L. Glassel
2119 Old Ox Road
Spring, Texas 77386

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**