United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID L. GLASSEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-553 |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

On this day the Court considered Plaintiff's *Motion to Remand* (the "Motion to Remand") [ECF Document No. 6]. After reviewing the Motion and the responses and replies thereto, the Court DENIES the Motion in its entirety. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Plaintiff's *Motion to Remand* is **DENIED.**

SEP 1 2 2017

Signed this _____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE