United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID L. GLASSEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-553 |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING INTERVENOR-PLAINTIFF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION TO INTERVENE

**COMES ON TO BE CONSIDERED** Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7's ("Deutsche Bank") Motion to Intervene, and any responses and replies thereto, and it is the opinion of this Court that the Motion should be Granted. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that Deutsche Bank's Motion to Intervene is granted, and that Deutsche Bank's Original Complaint become part of the record of this case.

SEP 1 2 2017



U.S. DISTRICT JUDGE PRESIDING