

CAUSE NO. 06-10-10512-CV

| | |
|---|---|
| MELINDA POOLE<br>VS.<br>CEDARCIDE INDUSTRIES, INC.<br>AND DAVID L. GLASSEL | IN THE 9TH JUDICIAL DISTRICT COURT<br>MONTGOMERY COUNTY, TEXAS<br>JANUARY TERM/2009 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS IN JUDGMENT: MELINDA POOLE

PLAINTIFFS ADDRESS: C/O BRUCE C. TOUGH
819 CROSSBRIDGE DRIVE SPRING, TEXAS 77373

DEFENDANTS IN JUDGMENT: DAVID GLASSEL

DEFENDANTS ADDRESS: 2119 OLD OX ROAD SPRING TEXAS 77386

# ABSTRACT OF JUDGMENT

DATE OF JUDGMENT: DECEMBER 4, 2009

AMT. OF JUDGMENT: $ 20,000.00    ATTY FEES: $ 4,000.00  TOTAL:$ 24,000.00
RATE OF INTEREST: $9.86 PER DAY (18% PER ANNUM) AS ACCRUED INTEREST ON THE PRINCIPAL FROM NOVEMBER 19, 2009 UNTIL PAID IN FULL SATISFACTION; ATTORNEY'S FEE INTEREST AT THE RATE OF FIVE (5) PERCENT PER ANNUM FROM DATE OF THIS JUDGMENT IS SATISFIED; COURT COST INTEREST AT THE RATE OF FIVE (5) PERCENT PER ANNUM FROM THE DATE OF JUDGMENT UNTIL THE JUDGMENT IS SATISFIED.

AMOUNT OF COSTS: $ 351.00            AMOUNT OF CREDITS: $ NONE
BALANCE DUE ON JUDGMENT & COST: $ 24,257.50
DATE CITATION SERVED: N/A
NAMES SERVED:   N/A                  DEFENDANTS ADDRESS: N/A
D/L#: N/A    DATE OF BIRTH: N/A      SOC.SEC # :N/A
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF TEXAS
COUNTY OF MONTGOMERY

    THIS CERTIFIES that the above and foregoing is a true and correct Abstract of the Judgment rendered in said term in said Styled and Numbered case as appears from the minutes of said Court, in Volume IMAGED Page 01.15.10.

WITNESS MY HAND AND SEAL OF COURT ON MARCH 03, 2010

| | |
|---|---|
| REQUESTOR:<br>TOUGH LAW FIRM PLLC<br>✓ 819 CROSSBRIDGE DRIVE<br>SPRING, TX 77373 | BARBARA GLADDEN ADAMICK<br>DISTRICT CLERK<br>P.O BOX 2985<br>CONROE, TEXAS 77305<br>BY _____<br>Leah Timmons |

I hereby certify that this is a true and correct copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _____ Deputy
Issued _____

EXHIBIT 2

06-10-10512-CV

THE STATE OF TEXAS

County of _____ I, _____, County

Clerk of _____ County, do hereby certify that this Abstract of

Judgment was filed for record in my office the _____ day of _____ A.D. 20_____,

at _____ o'clock _____ M., and was immediately recorded the _____ day

of _____ A.D. 20_____, at _____ o'clock _____ M., in

the Judgment Records of said County, in Vol. _____ on page _____, and was

also at the same time entered upon the index to said Judgment Record, showing the names of

each plaintiff and each Defendant in said Judgment, and the numbers of the pages of the book

upon which said Abstract is recorded.

    WITNESS MY HAND and Seal of Office, this _____ day of _____
    A.D. 20_____

County Clerk _____ County, Texas

By _____ Deputy

I hereby certify that this is a true and correct
copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _____ Deputy
Issued _____

Doc# 2010018672

**FILED FOR RECORD**
03/09/2010  3:17PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**03/09/2010**

*Mark Turnbull*
County Clerk
Montgomery County, Texas

I hereby certify that this is a true and correct copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _Nittney Vargas_ Deputy
Issued _2/27/18_