
LT1-1-2011098542-1

OFFICE OF BEVERLY B. KAUFMAN, COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

COUNTY CIVIL COURT           DOCKET NO. 733,616 - 001                    5061877
AT LAW NO. 3
  HARRIS COUNTY,             MUSTANG POWER SYSTEMS, ETC
    TEXAS                    _____
SEP/OCT. TERM, 2000                                                      PLAINTIFFS
                                             VS

                             DANAE, INC. ETAL
                             _____
                                                                         DEFENDANTS
                                  ABSTRACT OF JUDGMENT

**PLAINTIFFS IN JUDGMENT:** MUSTANG POWER SYSTEMS, A DIVISION OF MUSTANG TRACTOR &
EQUIPMENT COMPANY

**PLAINTIFFS ADDRESS:** C/O MUSTANG CORPORATE OFFICE
P.O. BOX 1373, HOUSTON, TEXAS 77251-1373
**DEFENDANTS IN JUDGMENT:** DANAE, INC. F/K/A CEDARCIDE INDUSTRIES, INC., DAVID
GLASSEL, AND MORLEY DUPRE, JOINTLY AND SEVERALLY
2119 OLD OX ROAD
SPRING, TEXAS 77386
4082 HIGHLAND PASS
MONTGOMERY, TEXAS 77316 (MORLEY DUPRE)

DATE OF JUDGMENT: OCTOBER 5, 2000
AMOUNT OF JUDGMENT: $ 5,059.36  ATTORNEYS FEES: $ 2,500.00  TOTAL : $ 7,559.36
RATE OF INTEREST : $.81 FROM SEPTEMBER 7, 2000, THROUGH DAY OF JUDGMENT, AS
ALLOWED BY LAW; POST-JUDGMENT INTEREST AT 10% PER ANNUM

AMOUNT OF COSTS: $ 175.00  AMOUNT OF CREDITS: $ N/A
BALANCE DUE ON JUDGMENT & COSTS: $FULL AMOUNT
DATE CITATION SERVED: N/A
NAME SERVED: _____

ADDRESS: _____
DRIVERS LICENSE NO:  N/A    DATE OF BIRTH:  N/A    SOCIAL SECURITY NO.:  N/A
====================================================================================
STATE OF TEXAS       COUNTY OF HARRIS

THIS CERTIFIES that the above and foregoing is a true and correct Abstract of Judgment
rendered in said term in said Styled and Numbered Case as appears from the minutes of said
Court, under FILM CODE NO. 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

                              WITNESS MY HAND AND SEAL OF COURT ON OCTOBER 27, 2010

                                        BEVERLY B. KAUFMAN, COUNTY CLERK
                                        County Civil Court-at-Law No.3
                                        Harris County, Texas

MUSTANG CORPORATE OFFI - Attn: Collections
P.O. BOX 1373
HOUSTON, TEXAS 77251-1373                          _____
FORM NO. CC-C-02-03-20 (R-04-23-92)                                       Deputy
                                                   JESSICA MARIE AYALA



EXHIBIT 3

I hereby certify that this is a true and correct
copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _____ Deputy
Issued _____

Doc# 2011098542

**FILED FOR RECORD**
11/04/2011  3:47PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

11/04/2011

*Mark Turnbull*
County Clerk
Montgomery County, Texas

I hereby certify that this is a true and correct copy of the original record on file in my office.

**Mark Turnbull, County Clerk**
**Montgomery County, Texas**

by *Brittney Vargas* Deputy
Issued 2/27/18