3592

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 829-3903 | Serial Number 968190613 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer DAVID L GLASSEL

Residence 2119 OLD OX RD
SPRING, TX 77386-2112

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 5309.76 |
| 1040 | 12/31/2009 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 1667.38 |
| 1040 | 12/31/2010 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 12240.39 |
| 1040 | 12/31/2011 | XXX-XX-8978 | 12/10/2012 | 01/09/2023 | 139675.30 |

Place of Filing
COUNTY CLERK
MONTGOMERY COUNTY
CONROE, TX 77301

Total $ 158892.83

This notice was prepared and signed at NASHVILLE, TN , on this,

the 07th day of November, 2013.

Signature for G.J. CARTER-LOUIS

Title ACS SBSE (800) 829-3903

25-00-0001

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO. 60025X

I hereby certify that this is a true and correct copy of the original record on file in my office.



Mark Turnbull, County Clerk
Montgomery County, Texas

by Brittney Vargal Deputy
Issued 03/19/18

Doc# 2013124551

**FILED FOR RECORD**
11/18/2013  3:59PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**11/18/2013**

*Mark Turnbull*
County Clerk
Montgomery County, Texas



I hereby certify that this is a true and correct copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by *Mittney Vargas* Deputy
Issued 03/19/18


PI145-2013124532-2

3592

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 829-3903 | Serial Number 968190613 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DAVID L GLASSEL

Residence  2119 OLD OX RD
SPRING, TX 77386-2112

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 5309.76 |
| 1040 | 12/31/2009 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 1667.38 |
| 1040 | 12/31/2010 | XXX-XX-8978 | 12/17/2012 | 01/16/2023 | 12240.39 |
| 1040 | 12/31/2011 | XXX-XX-8978 | 12/10/2012 | 01/09/2023 | 139675.30 |

Place of Filing
COUNTY CLERK
MONTGOMERY COUNTY
CONROE, TX 77301

Total  $  158892.83

This notice was prepared and signed at  NASHVILLE, TN  , on this,

the  07th  day of  November , 2013 .

Signature
for G.J. CARTER-LOUIS

Title
ACS SBSE
(800) 829-3903

25-00-0001

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



I hereby certify that this is a true and correct copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _____ Deputy

Doc# 2013124532

**FILED FOR RECORD**
11/18/2013  3:59PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

11/18/2013

*Mark Turnbull*
County Clerk
Montgomery County, Texas

I hereby certify that this is a true and correct copy of the original record on file in my office.

Mark Turnbull, County Clerk
Montgomery County, Texas

by _Whitney Vargas_ Deputy
Issued _03/19/18_