IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID L. GLASSEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17-cv-553 |
| | § | |
| OCWEN LOAN SERVICING, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED JOINT MOTION TO ABATE PROCEEDINGS

Before the Court is the Unopposed Joint Motion to Abate Proceedings (the "Motion to Abate") filed by Defendants Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 ("Defendant"). The Court, having considered the Motion to Abate, and any responses and replies thereto, is of the opinion that the Motion to Abate should be and hereby is **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that this case and all deadlines in this case are hereby **ABATED** for 120 days. ~~until the Court issues a ruling upon the pending motions for summary judgment (Doc. 44 and Doc. 45).~~

Signed this the _____ day of JAN 1 4 2018

UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED JOINT MOTION TO ABATE PROCEEDINGS          SOLO PAGE